ORIGINAL

FILED
NOV 2 0 2007
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES
COURT OF FEDERAL CLAIMS

No. 07-812 T

ENERGY EAST CORPORATION,
(Successor in Interest to Central Maine Power Company)
(and Rochester Gas and Electric Corporation)

Plaintiff

v.

UNITED STATES OF AMERICA,

Defendant.

---

COMPLAINT

---

Energy East Corporation (EIN: 14-1798693), plaintiff, on behalf of itself and as successor in interest to: (i) Central Maine Power Company (EIN: 01-0042740; "CMP"); and (ii) Rochester Gas and Electric Corporation (EIN: 16-0612110; "Rochester Gas & Electric"), brings this Complaint against the United States of America, defendant, and alleges as follows:

1. This is an action under the internal revenue laws of the United States for the refund of deficiency interest and the payment of additional allowable interest (payable under Sections 6601, 6611 and 6621 of the Internal Revenue Code of 1986, as amended (the "Code")) along with interest on such interest with respect to: (i) the underpayment of plaintiff's income tax for the 1999 calendar Tax Year ("1999"); (ii) overpayments of income tax for the 1995, 1996

and 1997 calendar Tax Years ("1995," "1996" and "1997," respectively) of plaintiff's wholly-owned subsidiary, CMP; and (iii) overpayments of income tax for the 1996 and 1997 calendar Tax Years ("1996 and "1997," respectively) of plaintiff's wholly-owned subsidiary, Rochester Gas & Electric.

2. On information and belief, CMP was acquired by the plaintiff on or about September 1, 2000, pursuant to an Agreement and Plan of Merger among the plaintiff and CMP Group, Inc. [the parent of Central Maine Power as the result of a prior corporate reorganization, effective September 1, 1998]. On information and belief, CMP Group, Inc., and, by operation of law, CMP have been wholly-owned subsidiaries of plaintiff since the date of their acquisition.

3. On information and belief, Rochester Gas was acquired by plaintiff on or about June 28, 2002, pursuant to an Agreement and Plan of Merger among the plaintiff and RGS Energy Group, Inc. [the parent of Rochester Gas]. On information and belief, RGS Energy Group, Inc., and, by operation of law, Rochester Gas have been wholly-owned subsidiaries of plaintiff since the date of their acquisition.

4. Jurisdiction is conferred upon this Court by Title 28, United States Code, Sections 1491.

5. Plaintiff is a corporation organized and existing under the laws of the State of New York. Plaintiff currently has its principal place of business at 52 Farm View Drive, New Gloucester, Maine.

6. The defendant is the United States of America.

7. On information and belief, on or about September 15, 2000, plaintiff timely filed a federal corporate income tax return (Form 1120) for 1999 with the Internal

Revenue Service (the "Service") at Andover, Massachusetts. The name, address and identification number of the taxpayer appearing on the return for 1999 are as follows:

Energy East Corporation and Subsidiaries
c/o Robert Kemp P.O. Box 3287
Ithaca, NY 14852-3287
Taxpayer Identification Number 14-1798693

8. On information and belief, on or about September 16, 1996, CMP timely filed a federal corporate income tax return (Form 1120) for 1995 with the Internal Revenue Service (the "Service") at Andover, Massachusetts. The name, address and identification number of the taxpayer appearing on the return for 1995 are as follows:

Central Maine Power Company and Subsidiaries
83 Edison Drive
Augusta, ME
Taxpayer Identification Number 01-0042740

9. On information and belief, on or about September 12, 1997, CMP timely filed a federal corporate income tax return (Form 1120) for 1996 with the Internal Revenue Service (the "Service") at Andover, Massachusetts. The name, address and identification number of the taxpayer appearing on the return for 1996 are as follows:

Central Maine Power Company and Subsidiaries
83 Edison Drive
Augusta, ME
Taxpayer Identification Number 01-0042740

10. On information and belief, on or about September 15, 1998, CMP timely filed a federal corporate income tax return (Form 1120) for 1997 with the Internal Revenue Service (the "Service") at Andover, Massachusetts. The name, address and identification number of the taxpayer appearing on the return for 1997 are as follows:

Central Maine Power Company and Subsidiaries
83 Edison Drive
Augusta, ME
Taxpayer Identification Number 01-0042740

11. On information and belief, on or about September 18, 1997, Rochester Gas & Electric timely filed a federal corporate income tax return (Form 1120) for 1996 with the Internal Revenue Service (the "Service") at Andover, Massachusetts. The name, address and identification number of the taxpayer appearing on the return for 1996 are as follows:

Rochester Gas and Electric Corporation and Subsidiaries
89 East Ave.
Rochester, NY
Taxpayer Identification Number 16-0612110

12. On information and belief, on or about September 18, 1998, Rochester Gas & Electric timely filed a federal corporate income tax return (Form 1120) for 1997 with the Internal Revenue Service (the "Service") at Andover, Massachusetts. The name, address and identification number of the taxpayer appearing on the return for 1997 are as follows:

Rochester Gas and Electric Corporation and Subsidiaries
89 East Ave.
Rochester, NY
Taxpayer Identification Number 16-0612110

13. With respect to the 1999 Tax Year of plaintiff, Energy East Corporation, tax was assessed against the taxpayer in the amount of $2,079,827.00 on September 23, 2002.

14. With respect to the assessment referenced above, deficiency interest was assessed on the following dates and in the following amounts:

| Tax Year | Determination Date | Amount of Interest |
|---|---|---|
| 1999 | September 2, 2002 | $ 274,696.65 |
| 1999 | September 19, 2005 | $ 16,806.87 |

15. With respect to the 1995, 1996 and 1997 Tax Years of CMP, overpayments in tax were determined in favor of taxpayer's Form 1120 Tax Accounts on the following dates and in the following amounts:

| Tax Year | Determination Date | Amount of Overassessment |
|---|---|---|
| 1995 | December 24, 2001 | $ 6,203,755.00 |
| 1996 | December 24, 2001 | $ 259,429.00 |
| 1997 | December 24, 2001 | $ 364,698.00 |

16. With respect to the overassessments referenced above, overpayment interest was determined on the following dates and in the following amounts:

| Tax Year | Determination Date | Amount of Interest |
|---|---|---|
| 1995 | December 24, 2001 | $ 2,392,328.77 |
| 1996 | December 24, 2001 | $ 81,028.37 |
| 1997 | December 24, 2001 | $ 83,790.15 |

17. With respect to the 1996 and 1997 Tax Years of Rochester Gas & Electric, overpayments in tax were determined in favor of the taxpayer's Form 1120 Tax Accounts on the following dates and in the following amounts:

| Tax Year | Determination Date | Amount of Overassessment |
|---|---|---|
| 1996 | July 22, 2002 | $ 284,699.00 |
| 1997 | July 22, 2002 | $ 1,988,093.00 |

18. With respect to the overassessments referenced above, overpayment interest was determined on the following dates and in the following amounts:

| Tax Year | Determination Date | Amount of Interest |
|---|---|---|
| 1996 | July 22, 2002 | $ 97,817.72 |
| 1997 | July 22, 2002 | $ 514,986.01 |

19. The deficiency interest amounts referenced in Paragraph 14 above were calculated utilizing various start dates and ending dates.

20. The overpayment interest amounts referenced in Paragraph 16 above were calculated utilizing various start dates and ending dates. At the time the overassessments and overpayment interest were determined, and the refunds and/or credits were made, CMP was a wholly-owned subsidiary of plaintiff.

21. The overpayment interest amounts referenced in Paragraph 18 above were calculated utilizing various start dates and ending dates. At the time the overassessments and overpayment interest were determined, and the refunds and/or credits were made, Rochester Gas & Electric was a wholly-owned subsidiary of plaintiff.

22. On information and belief, Energy East Management Corporation (EIN: 16-1558410) was created on June 30, 1999. Energy East Management Corporation has been a wholly-owned subsidiary of plaintiff since the date of its formation.

23. On information and belief, Energy East Corporation acquired New York State Electric & Gas Corporation ("NYSE&G")(EIN: 15-0398550) on May 1, 1998, pursuant to an Agreement and Plan of Share Exchange. NYSE&G has been a wholly-owned subsidiary of plaintiff since the date of its acquisition.

24. Over the course of the periods of time referenced in paragraph 19, 20 and 21 above, deficiency and/or allowable interest was incurred by and/or payable to plaintiff, Energy East Corporation, and plaintiff's subsidiaries: Energy East Management Corporation, CMP, CMP Group, Rochester Gas and Electric Corporation, and NYSE&G.

25. Pursuant to the provisions of Section 6621(d) of the Code, plaintiff, on behalf of itself, CMP and Rochester Gas & Electric, is entitled to a net interest rate of zero for the periods during which interest was both allowable on overpayments and payable on deficiencies.

26. On or about July 5, 2006, plaintiff filed a claim with the Service for interest pursuant to Section 6621(d) of the Code that included a claim for reduction of deficiency interest regarding its 1999 Federal Income Tax account in the amount of $84,337.71. To date, no action has been taken by the Service with regard to that claim.

27. As a result of the application of Section 6621(d) of the Code as set forth in paragraph 25 above, plaintiff, on behalf of itself and its subsidiaries, is entitled to the reduction of deficiency interest and/or additional allowable interest in the following amounts with respect to the following years:

| Entity | Tax Year | Amount |
|---|---|---|
| Energy East Corporation | 1999 | $ 105,417.70 |
| CMP | 1995 | $2,224,602.96 |
| CMP | 1996 | $ 47,512.70 |
| CMP | 1997 | $ 39,962.22 |
| Rochester Gas & Electric | 1996 | $ 60,440.21 |
| Rochester Gas & Electric | 1997 | $ 237,071.13 |

including allowable interest through December 31, 2007, plus additional allowable interest thereon until paid.

WHEREFORE, plaintiff prays that judgment be entered in its favor and against the defendant, United States of America:

(1) in the amount of at least $105,417.70, together with interest as provided by law with respect to Energy East Corporation's Tax Year 1999;

(2) in the amount of at least $2,224,602.96, together with interest as provided by law with respect to CMP's Tax Year 1995;

(3) in the amount of at least $47,512.70, together with interest as provided by law with respect to CMP's Tax Year 1996;

(4) in the amount of at least $39.962.22, together with interest as provided by law with respect to CMP's Tax Year 1997;

(5) in the amount of at least $60,440.21, together with interest as provided by law with respect to Rochester Gas& Electric's Tax Year 1996;

(6) in the amount of at least $237,071.13, together with interest as provided by law with respect to Rochester Gas & Electric's Tax Year 1997; and,

(7) for the attorneys' fees, costs and disbursements of this action; and such other and further relief as this Court deems just and proper.

Dated this 19th day of November, 2007.

Joseph M. Persinger

Joseph M. Persinger
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
jpersinger@milbank.com
(212) 530-5072
(212) 822-5072 (fax)