ORIGINAL

RECEIVED
OVER THE COUNTER
NOV 20 2007
THE OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s) ENERGY EAST CORPORATION

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Joseph M. Persinger

Firm Name: Milbank, Tweed, Hadley & McCloy LLP

Post Office Box:

07-812 T

Street Address: 1 Chase Manhattan Plaza

City-State-Zip: New York, NY 10005-1413

Telephone & Facsimile Numbers: (212) 530-5072; (212) 822-5072

Is the attorney of record admitted to the Court of Federal Claims Bar? X Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? X Yes ☐ No

If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 2 0 0

Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: T R E

See attached sheet for three-digit codes.

FILED
NOV 20 2007
U.S. COURT OF FEDERAL CLAIMS

Amount Claimed: $2,715,006.92 plus interest

Use estimate if specific amount is not pleaded.

Disclosure Statement:

Is a RCFC 7.1 Disclosure Statement required? ☐ Yes XX No

If yes, please note that two copies are necessary.

Bid Protest:

Indicate approximate dollar amount of procurement at issue: $ N/A

Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:

Date of Vaccination: N/A

Related Cases:

Is this case directly related to any pending or previous case? ☐ Yes ☒ No

If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.