**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

No. 07-812 T
(Judge Mary Ellen Coster Williams)

ENERGY EAST CORPORATION
(Successor in Interest to Central Maine Power Company)
(and Rochester Gas and Electric Corporation)

Plaintiff,

v.

THE UNITED STATES

Defendant.

**MOTION FOR ENLARGEMENT OF TIME**

Defendant, the United States, respectfully moves the Court for an enlargement of time of 60 days, from January 22, 2008 to and including March 22, 2008, within which to answer or otherwise respond to the Complaint in the above-captioned case. This is the first enlargement requested for this purpose. Plaintiff does not object to defendant's motion.

As good cause for this request, defendant states as follows:

Immediately upon receipt of the Complaint, defendant's attorneys forwarded a copy to the Office of Chief Counsel, Internal Revenue Service ("the Service"), along with a request to assemble the relevant files, and to prepare a written recommendation respecting the legal position which the Government should adopt. The Service found it necessary to request materials from archives to review plaintiff's claim. Archive requests require six to eight weeks to be processed. It is estimated that Service personnel will

require an additional two to three weeks to review plaintiff's claim once the archived materials are received. Defendant's attorney cannot prepare a response to the Complaint until these files are received and reviewed, and the Office of Chief Counsel has an opportunity to prepare its recommendation with respect to the Government's legal position.

Respectfully submitted,

January 9, 2008

s/ Jeffrey R. Malo

JEFFREY R. MALO
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 305-7539*
*Fax: (202) 514-9440*
*Email: jeffrey.r.malo@usdoj.gov*

RICHARD T. MORRISON
*Acting Assistant Attorney General*
DAVID D. GUSTAFSON
*Chief, Court of Federal Claims Section*
W.C. RAPP
*Senior Trial Attorney,*
*Court of Federal Claims Section*

January 9, 2008

s/ W.C. Rapp

Of Counsel