# In the United States Court of Federal Claims

**No. 07-812T**
**(Filed: March 4, 2008)**

| | |
|---|---|
| **ENERGY EAST CORPORATION** | * |
| **Plaintiff,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |

**ORDER GRANTING UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

On January 9, 2008, Defendant filed an unopposed motion for an enlargement of time of 60 days within which to answer or otherwise respond to the complaint. Good cause having been shown, this motion is **GRANTED.** Defendant's response is due **March 24, 2008.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**