IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-812 T
(Judge Mary Ellen Coster Williams)

ENERGY EAST CORPORATION

Plaintiff,

v.

THE UNITED STATES

Defendant.

**JOINT PRELIMINARY STATUS REPORT**

Pursuant to Section III of Appendix A to the Rules of the United States Court of Federal Claims ("RCFC"), the parties submit the following information:

a. Jurisdiction. The parties agree that the Court has jurisdiction over this case pursuant to 28 U.S.C. § 1491.

b. Consolidation. The parties are unaware of any other case with which this case should be consolidated.

c. Bifurcation of Trial. The parties are of the view that no trial will be required in this proceeding.

d. Deferral of Proceedings. The parties know of no case pending before this Court that would justify deferral of proceedings in this case.

e. Remand or Suspension. Neither remand nor suspension will be sought.

f. Additional Parties. The parties know of no additional parties that should be joined to this case.

g. Dispositive Motions. Plaintiff filed its complaint to prevent the statute of limitations established by 28 U.S.C. §§ 2401 and 2501 from expiring prior to the Internal Revenue Service reaching a determination with respect to plaintiff's claim. The parties have yet to engage in discovery. At present, the parties are not aware of any factual disputes, and are of the view that the legal issues in connection with plaintiff's claim are amenable to resolution through cross-motions for summary judgment.

h. Issues. This is a suit for additional overpayment interest and/or a refund of deficiency interest pursuant to 26 U.S.C. §§ 6601, 6611 and 6621(d). Plaintiff's complaint presents two issues to the Court:

1. Plaintiff's request under § 6621(d) for a net zero interest rate on overlapping periods of overpayment and underpayment of federal income tax, includes some periods of time for which the companies involved were separate companies. Subsequently, within the overlapping periods of overpayment and underpayment the companies became part of a single consolidated group of companies. The legal issue before the Court is whether plaintiff is entitled to a zero net interest rate for overlapping periods of overpayments attributable to two entities, and underpayments attributable to a third entity, where the entities were related for portions of the overlapping periods, but not the entire overlapping periods.
2. If plaintiff is entitled to a net zero interest rate for overlapping periods of overpayment and underpayment between companies that were part of the same consolidated group for only a portion of the overlapping periods, a second issue arises, which is broadly stated as whether interest is properly owing to plaintiff, and if so, what amount.

i. Settlement. It is too early in the proceeding to preclude resolution by settlement. However, if settlement is not possible, counsel believe that the legal issue presented by plaintiff's complaint is amenable to resolution through cross-motions for summary judgment. If the Court's ruling on the summary judgment issue requires the parties to address the second issue, the parties believe that they will be capable of settling the amount in controversy.

j. Trial. As noted above, the parties are of the view that no trial will be required in this proceeding.

k. Special ECM Issues. This case does not currently present any special issues regarding electronic case management.

l. Other Information. The parties are unaware of any other information to which the Court should be made aware at this time.

m. Proposed Discovery Plan. The parties propose a 120 day discovery period for the purpose of discovering facts relevant to the summary judgment issue. Pending the outcome of the primary issue, the parties may propose additional discovery if additional facts, relevant to the amount in controversy, are needed to resolve the case.

Respectfully submitted,

May 15, 2008

/s/ Joseph M. Persinger

JOSEPH M. PERSINGER
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Tel: (212) 530-5072
Fax: (212) 822-5072
Email: jpersinger@milbank.com
Attorney for Plaintiff

May 15, 2008

/s/ Jeffrey R. Malo

JEFFREY R. MALO
Attorney of Record
United States Department of Justice
Tax Division
Court of Federal Claims Section
P.O. Box 26
Ben Franklin Post Office
Washington, DC 20044
Tel: (202) 305-7539
Fax: (202) 514-9440
Email: jeffrey.r.malo@usdoj.gov

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

May 15, 2008

/s/ W.C. Rapp

W.C. RAPP
Senior Trial Attorney
Court of Federal Claims Section
*Of Counsel*

Attorneys for Defendant