# In the United States Court of Federal Claims

**No. 07-812T**
**(Filed: May 30, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ENERGY EAST CORPORATION,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## SCHEDULING ORDER

---

On May 30, 2008, the Court held a telephonic conference regarding scheduling. In accordance with the representations made by the parties during the conference, the Court schedules the following:

1. **Fact Discovery**. All fact discovery, including all depositions, shall conclude on or before **September 29, 2008**.

2. **Cross-Motions for Summary Judgment**. The parties' cross-motions for summary judgment are due by **December 1, 2008**. The parties' responses to the cross-motions for summary judgment are due by **January 30, 2009**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**