**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

No. 07-812 T
(Judge Mary Ellen Coster Williams)

ENERGY EAST CORPORATION
(Successor in Interest to Central Maine Power Company)
(and Rochester Gas and Electric Corporation),

Plaintiff

v.

THE UNITED STATES,

Defendant

**JOINT MOTION FOR ENLARGEMENT OF TIME**

Plaintiff, Energy East Corporation, and defendant, United States of America, in accordance with Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), respectfully move the Court (A) for an enlargement of 46 days, to and including October 13, 2008, within which to reply to defendant's (i) Request for Admissions from Plaintiff, (ii) First Set of Interrogatories for Plaintiff and (iii) First Set of Requests for the Production of Documents for Plaintiff, and (B) for enlargements of the dates set forth in the Court's Scheduling Order of May 30, 2008, of (i) 32 days (to and including October 31, 2008) to conclude fact discovery, (ii) 60 days (to and including January 30, 2009) to file cross-motions for summary judgment, and (iii) 28 days (to and

including February 27, 2009) to file responses to the cross-motions for summary judgment. This is the first enlargement requested for this purpose.

As good cause therefore, plaintiff states that in this case, partly as the result of the complexity of plaintiff's corporate structure, its series of corporate acquisitions and reorganizations, and in large part due to the breadth and detail of defendant's requests, the task of assembling the information necessary to respond to defendant's requests has proved more time consuming than counsel anticipated. Further, key people on both plaintiff's staff and plaintiff's attorney's staff have been unavailable during the month of August. In order to collect the information necessary to respond to defendant's requests, draft appropriate responses to said requests and consult with plaintiff, and adequately consider the information produced in preparing their respective motions for summary judgment, plaintiff's and defendant's attorneys have determined that additional time is necessary.

WHEREFORE, plaintiff and defendant respectfully request that the motion for enlargement of time be granted.

Respectfully submitted,

August 25, 2008

s/Joseph M. Persinger
Joseph M. Persinger
Attorney of Record
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, New York 10005
Voice: (212) 530-5072
Fax: (212) 822-5072
Email: jpersinger@milbank.com

Attorney for Plaintiff

/s/Jeffrey R. Malo
Attorney of Record
United States Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, DC 20044
Voice: (202) 305-7539
Fax: (202) 514-9440
Email: jeffrey.r.malo@usdoj.gov

Attorney for Defendant

NY2:#4802437