# In the United States Court of Federal Claims

**No. 07-812T**
**(Filed: August 28, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ENERGY EAST CORPORATION,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING JOINT MOTION FOR ENLARGEMENT OF TIME**

---

On August 25, 2008, the parties filed a motion for (A) an enlargement of time of 46 days, to and including October 13, 2008, for Plaintiff to reply to Defendant's (i) Request for Admissions, (ii) First Set of Interrogatories and (iii) First Set of Requests for the Production of Documents, and (B) for enlargements of the dates set forth in the Court's May 30, 2008 scheduling order. Good cause having been shown, the Court schedules the following:

| | | |
|---|---|---|
| 1. | **October 14, 2008** | Plaintiff's reply to Defendant's (i) Request for Admissions, (ii) First Set of Interrogatories, and (iii) First Set of Requests for the Production of Documents. |
| 2. | **October 31, 2008** | Fact Discovery to be concluded. |
| 3. | **January 30, 2009** | Cross-motions for summary judgment due. |
| 4. | **February 27, 2009** | Responses to cross-motions for summary judgment due. |

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**